AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| SHAUN NICHOLAS ST JOHN<br>*Plaintiff(s)*<br>v.<br>MONTGOMERY COUNTY SHERIFF'S OFFICE<br>*Defendant(s)* | ) | Civil Action No. 26 CV 7498 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MONTGOMERY COUNTY SHERIFF'S OFFICE
1 Criminal Justice Drive
Conroe, Texas 77301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Plaintiff's Name and Address:
Shaun Nicholas St. John
2007 Brookmont Drive
Conroe, Texas 77301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ________________

________________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

SHAUN NICHOLAS ST JOHN

*Plaintiff(s)*

v.

Montgomery County Jail

*Defendant(s)*

Civil Action No. 26 CV 7498

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Montgomery County Jail
1 Criminal Justice Drive
Conroe, Texas 77301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Plaintiff's Name and Address:
Shaun Nicholas St. John
2007 Brookmont Drive
Conroe, Texas 77301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| SHAUN NICHOLAS ST JOHN<br>*Plaintiff(s)*<br>v.<br>MONTGOMERY COUNTY DISTRICT ATTORNEY'S OFFICE<br>*Defendant(s)* | ) | Civil Action No. 26 CV 7498 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Montgomery County District Attorney
207 West Phillips Street
Conroe, Texas 77301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Plaintiff's Name and Address:
Shaun Nicholas St. John
2007 Brookmont Drive
Conroe, Texas 77301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

SHAUN NICHOLAS ST JOHN

*Plaintiff(s)*

v.

CONROE POLICE Department

*Defendant(s)*

Civil Action No. 26 CV 7498

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Conroe Police Department
2300 Plantation Drive
Conroe, Texas 77303

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Plaintiff's Name and Address:
Shaun Nicholas St. John
2007 Brookmont Drive
Conroe, Texas 77301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| SHAUN NICHOLAS ST JOHN<br>*Plaintiff(s)*<br>v.<br>359TH DISTRICT COURT OF MONTGOMERY COUNTY, TEXAS<br>*Defendant(s)* | ) | Civil Action No. 26 CV 7498 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 359th District Court
Montgomery County Courthouse
301 North Main Street
Conroe, Texas 77301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Plaintiff's Name and Address:
Shaun Nicholas St. John
2007 Brookmont Drive
Conroe, Texas 77301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

SHAUN NICHOLAS ST JOHN

*Plaintiff(s)*

v.

MONTGOMERY COUNTY, TEXAS

*Defendant(s)*

Civil Action No. 26 CV 7498

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Montgomery County Judge's Office
Montgomery County Courthouse
501 North Thompson Street, Suite 401
Conroe, Texas 77301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Plaintiff's Name and Address:
Shaun Nicholas St. John
2007 Brookmont Drive
Conroe, Texas 77301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________________________

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

SHAUN NICHOLAS ST JOHN

*Plaintiff(s)*

v.

Montgomery County Sheriff

*Defendant(s)*

Civil Action No. 26 CV 7498

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MONTGOMERY COUNTY SHERIFF
1 Criminal Justice Drive
Conroe, Texas 77301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Plaintiff's Name and Address:
Shaun Nicholas St. John
2007 Brookmont Drive
Conroe, Texas 77301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| SHAUN NICHOLAS ST JOHN | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26 CV 7498 |
| UNITED STATES MARSHALS (CONROE / HOUSTON DIVISION) | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Marshals Service
Southern District of Texas
501 East 5th Street, Suite 400
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Plaintiff's Name and Address:
Shaun Nicholas St. John
2007 Brookmont Drive
Conroe, Texas 77301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| SHAUN NICHOLAS ST JOHN<br>*Plaintiff(s)*<br>v.<br>CITY OF CONROE, TEXAS<br>*Defendant(s)* | ) | Civil Action No. 26 CV 7498 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Conroe
300 West Davis Street
Conroe, Texas 77301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Plaintiff's Name and Address:
Shaun Nicholas St. John
2007 Brookmont Drive
Conroe, Texas 77301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________________
*Signature of Clerk or Deputy Clerk*